# EXHIBIT A



# The Den

| | |
|---|---|
| **Reg. No. 4,654,346** | DFO, LLC (DELAWARE LIMITED LIABILITY COMPANY)<br>203 EAST MAIN STREET |
| **Registered Dec. 9, 2014** | SPARTANBURG, SC 29319 |
| **Int. Cl.: 43** | FOR: RESTAURANT SERVICES; RESTAURANT SERVICES, INCLUDING SIT-DOWN SERVICE OF FOOD AND TAKE-OUT RESTAURANT SERVICES; RESTAURANT SERVICES, NAMELY, PROVIDING OF FOOD AND BEVERAGES FOR CONSUMPTION ON AND OFF |
| **SERVICE MARK** | THE PREMISES, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| **PRINCIPAL REGISTER** | FIRST USE 8-22-2014; IN COMMERCE 8-22-2014. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-199,877, FILED 2-21-2014.

DAWN FELDMAN, EXAMINING ATTORNEY



*Michelle K. Lee*
**Deputy Director of the United States
Patent and Trademark Office**